UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JAIME GONZALEZ,

      Petitioner,

              11-CV-4539 (SJ)

-against-           MEMORANDUM &
                ORDER


UNITED STATES OF AMERICA,

      Respondent.
----------------------------------------------------X
A P P E A R A N C E S

JAMIE GONZALEZ
# 61044-053
FCI Fairton
PO Box 420
Fairton, NJ 08320
*Proceeding pro se*

LORETTA E. LYNCH, ESQ.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
By: Craig R. Hereen
  Judith Anne Phillips
*Attorney for Respondent*

**JOHNSON, Senior District Judge:**

  Petitioner Jaime Gonzalez ("Petitioner"), appearing pro se, petitioned this

Court pursuant to 28 U.S.C. § 2255 ("Section 2255") to vacate, set aside, or correct

1

his sentence On September 29, 2014, this Court denied that petition on the basis of the record then available. Since that time, one of Mr. Gonzalez's former attorneys submitted an affidavit with respect to the alleged ineffective assistance of counsel. Having reviewed those papers, the Court remains convinced that Petitioner has not shown ineffective assistance of counsel in this matter, for the reasons stated in the Court's initial Memorandum and Order on the matter. The Court issues this Order to note its consideration of the supplementation to the record, and its ongoing conclusion that Petitioner is not entitled to habeas relief in this matter.

SO ORDERED.

Dated: November 4, 2014 _____/s/_____
      Brooklyn, NY           STERLING JOHNSON, JR.
                           Senior United States District Judge